80,474-03

The Court of Criminal Appeals of Texas

Dear Mr. Abel Acosta,
    Please file the enclose Affidavit and present it to the Honorable Judge of the Court presiding of this Cause.

Respectfully Submitted

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 10 2015

Abel Acosta, Clerk

CAUSE NO. 1284277-B

STATE OF TEXAS                  §      IN THE COURT OF
                                §
                                §      CRIMINAL APPEALS
                                §
COUNTY OF POTTER                §
                                §      AUSTIN TEXAS
                                §

## AFFIDAVIT

Before this Court undersigned authority personally appeared by affidavit Willie Edward Choice, who duly sworn, deposed as follows: My name is Willie Edward Choice, I am over 18 years of age, competent to make this affidavit and personally acquainted with the facts herein stated.

The applicant thereby offered proof in a rebuttal filed Jan. 10, 2015 in cause number 1284277-B in the Court of Criminal Appeals Austin Texas. I certify that all the "Exhibit's" that are filed in the said cause are true and taken from the records of this case.

Signed under oath as before this court on ___Feb - 3___, 2015 by Willie Edward Choice respondant, personally known and/or identified by Texas Department of Criminal Justice ID number 01776962.

_____
Signature under oath

## NOTICE
## OFFENDER NOTARY PUBLIC SERVICE

Under both Federal law (28 U.S.C § 1746) and State law (V.T.C.A. Civil Practice & Remedies Code, §132.001-132.003), offenders incarcerated in Texas may use an unsworn declaration under penalty of perjury in place of a written declaration, verification, certification, oath, or affidavit sworn before a Notary Public.

In a request for Notary Public service, each offender must explain why an Unsworn Declaration is insufficient before Notary Public service will be provided.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*An **example** of an unsworn declaration pursuant to **State law** is as follows:*

"My name is __Willie   Edward   Choice__ my date of birth is __10-16-1957,__
      (First)    (Middle)    (Last)

and my inmate identifying number, is __1776962__. I am presently incarcerated in

__Neal Unit__ in __Amarillo__
    (Corrections unit name)        (City)

__Potter__    __Texas__    __79107__. I declare under penalty of
(County)      (State)     (Zip Code)

perjury that the foregoing is true and correct.

Executed on the __3__ day of __Feb.__, 20__15__. _____ "
                                                (Offender Signature)